# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOP CUISINE INC. d/b/A ANTHRACITE CAFÉ,<br><br>Plaintiff<br><br>v.<br><br>UTICA FIRST INSURANCE COMPANY and W N TUSCANO AGENCY, INC.,<br>  Defendants | Civil Action No. 21-CV-1802 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F.R.C.P 41(a)(1)A)(i)

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), the plaintiff, Top Cuisine Inc. d/b/a Anthracite Cafe, through his counsel Schmidt Kramer, P.C., hereby gives notice that the above captioned matter is voluntarily dismissed, without prejudice against the defendants.

Respectfully submitted,

**SCHMIDT KRAMER PC**

By:_____
Scott B. Cooper
ID # 70242
209 State Street
Harrisburg, PA 17101
717-232-6300
Attorney for Plaintiff

Dated: 02/09/2023

## CERTIFICATE OF SERVICE

AND NOW, this 9th day of February 2023, I, Jessica Vizcaino, an employee of Schmidt Kramer PC, hereby certify that I have this day served a true and correct copy of the foregoing document by email, addressed to:

Steven J. Schildt, Esquire
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1089 (telephone)
sschildt@postschell.com
Attorney for Defendants: Utica First Insurance Company and W N Tuscano Agency, Inc.

By: _____
    Jessica Vizcaino