THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOP CUISINE INC. d/b/a ANTHRACITE CAFÉ, | : |
| Plaintiff | : 3:21-CV-1802 : (JUDGE MARIANI) |
| v. | : |
| UTICA FIRST INSURANCE COMPANY and W N TUSCANO AGENCY, INC., | : |
| Defendants. | : |

FILED
SCRANTON

FEB 13 2023

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 13th DAY OF FEBRUARY, 2023, upon consideration of Plaintiff's "Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i)" (Doc. 9), the Court acknowledges said dismissal and **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint (Doc. 1-1, Ex. A) is **DISMISSED** without prejudice.

2. The Clerk is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge